IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01155-BNB

MR. AZIZ,

    Plaintiff,

v.

ADAMS COUNTY POLICE DEPT.,
THE CITY OF BRIGHTON,
THE CITY OF THORNTON,
JOHN BITTERMAN, Deputy Sheriff, Adams County,
SANDRA BITTERMAN, Deputy Sheriff, Adams County,
RANDY SAN NICKELOUS, Deputy Sheriff, Adams County,
LITTLE HITLER, a.k.a. DEPUTY KENNEDY,
I. T. J. COATES, Detective, Adams County,
NINA SHUBERT, County Official,
CYNTHIA R. ALLEN, County Official, and
EX REL.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff is an inmate at the Denver County Jail in Denver, Colorado. Plaintiff has filed *pro se* a Prisoner Complaint alleging that his constitutional rights were violated. Plaintiff also has filed a "Motion to Correct Names in Caption of Complaint," a "Motion for Documents to Proceed F.O.I.O. 552," and a "Motion to Amend Complaint Upon Receipt of Documents in Case #05-254." The "Motion to Correct Names in Caption of Complaint" will be granted. In the "Motion for Documents to Proceed F.O.I.O. 552," Plaintiff seeks copies of the complaint and amended complaint he filed in a prior action and he asks the court to waive the copying costs in order to receive those documents.

The "Motion for Documents to Proceed F.O.I.O. 552" will be denied. The court will provide Plaintiff with copies of the documents he seeks only after Plaintiff prepays the costs of copying those documents at the rate of $0.50 per page. Plaintiff's "Motion to Amend Complaint Upon Receipt of Documents in Case #05-254" also will be denied at this time.

The court must construe the complaint liberally because Plaintiff is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Plaintiff will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient because Plaintiff fails to allege specific facts that demonstrate how each named Defendant personally participated in the alleged violations of his constitutional rights. Plaintiff is advised that 42 U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Plaintiff should name as Defendants in the amended complaint only those individuals or entities that he believes actually violated his constitutional rights. Furthermore, personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Plaintiff must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation

and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Accordingly, it is

ORDERED that the "Motion to Correct Names in Caption of Complaint" filed on June 26, 2006, is granted. It is

FURTHER ORDERED that the "Motion for Documents to Proceed F.O.I.O. 552," and the "Motion to Amend Complaint Upon Receipt of Documents in Case #05-254," both of which were filed on June 16, 2006, are denied. It is

FURTHER ORDERED that Plaintiff file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails within the time allowed to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED July 14, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01155-BNB

Mr. Simme Abdul Aziz
a/k/a Mr. Daily
Prisoner No. 1476696
Prisoner No. 113190
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 7/14/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk